UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-424(DSD/JMM)

MM&S Financial, Inc.,

Plaintiff,

v.

**ORDER OF REFERENCE**

National Association of
Security Dealers, Inc., et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants' motion to dismiss in this matter. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: April 26, 2002

David S. Doty, Judge
United States District Court

FILED 4-26-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______