UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MM&S FINANCIAL INC.,

Plaintiff,

v.

NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. and NASD DISPUTE RESOLUTIONS, INC.,

Defendants.

CIVIL NO. 02-424 (DSD/JMM)

ORDER/NOTICE OF HEARING

By Order dated April 26, 2002, Judge David Doty referred Defendant's Motion to Dismiss to the undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 626(b)(1)(B). This Motion has been fully briefed.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that oral argument on Defendant's Motion to Dismiss will be heard before the undersigned on May 9, 2002 at 9:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: April 29, 2002

JOHN M. MASON
United States Magistrate Judge

APR 29 2002
FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________